IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
::
*In re*                                                          :  Chapter 11
::
GOLDKING HOLDINGS, LLC, *et al.*,                                :  Case No. 13-12820 (BLS)
::
Debtors.[1]                                                      :  Jointly Administered
::
:  Re: D.I. 46
::
---------------------------------------------------------------- x

## ORDER GRANTING MOTION OF LEONARD C. TALLERINE, JR AND GOLDKING CAPITAL LT CAPITAL CORP TO TRANSFER VENUE OF THESE CASES

Upon the motion of the Leonard Tallerine, Jr. and Goldking LT Capital Corp for an order, pursuant to 28 U.S.C. § 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedures, transferring the cases of Goldking Holdings, LLC, Goldking Onshore Operating, LLC, and Goldking Resources, LLC (together, the "Debtors") to either the Bankruptcy Court for the Southern District of Texas or the Bankruptcy Court for the Western District of Louisiana in the interests of justice and for the convenience of the parties (the "Motion to Transfer");[2] and upon consideration of the papers filed in support of the Motion to Transfer; and the Court having jurisdiction to consider the Motion to Transfer and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Transfer and the requested relief being a core proceeding; and due and proper notice of the Motion to Transfer having been provided under the circumstances; and it appearing that no other or further notice need be provided; and the relief requested in the Motion to Transfer being in the best interests of the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Transfer.

Debtors and their estates and creditors; and the Court having reviewed the Motion to Transfer; and the Court having determined that the legal and factual bases set forth in the Motion to Transfer establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

1. ORDERED that, the relief requested in the Motion to Transfer is hereby granted; and it is further

2. ORDERED that, pursuant to 28 U.S.C. § 1412 and Rule 1014, Fed. R. Bankr. Proc., Case Nos. 13-12818, 13-12819 and 13-12820 are transferred to the United States Bankruptcy Court for the Southern District of Texas (the "Transferee Court"); and it is further

3. ORDERED that, the final hearing and objection deadline for any motion or application scheduled to be heard by this Court after November 26, 2013, is adjourned without date subject to further order of the Transferee Court; and it is further

4. ORDERED that, this Court retains jurisdiction to interpret and enforce this Order.

Dated: Nov 20, 2013
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE